|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |
| 9 | |

| | | |
|---|---|---|
| 10 | ALAN MEAUX, | |
| 11 | Plaintiff, | CASE NO. 2:20-cv-00517-RAJ-JRC |
| 12 | v. | PRETRIAL SCHEDULING ORDER |
| 13 | CR BARD INCORPORATED, *et al.*, | |
| 14 | Defendants. | |

15

16    This matter is before the Court on referral by the District Court and on the parties' joint

17 status report and proposed scheduling order.  *See* Dkts. 19, 25.

18    A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if

19 the case is not resolved by settlement or dispositive motion.  The Court sets the following pretrial

20 schedule:

21

| Rule 26(a) disclosures to be served by the Parties | May 21, 2020 |
|---|---|
| Plaintiff will produce the completed plaintiff Fact Sheet and related information utilized in the *In re: C. R. Bard, Inc. IVC Filter* MDL. The Parties agree that the terms incorporated into the plaintiff Fact Sheet form adopted in MDL 2641 and Federal Rules of Civil Procedure 26, | June 29, 2020 |

22

23

24

| | |
|---|---|
| 33, 34, and 37 shall apply to the completion and supplementation of the plaintiff Fact Sheet. | |
| Defendants will produce the defendant's Fact Sheet and related information utilized in the *In re: C. R. Bard, Inc. IVC Filter MDL*. The Parties agree that the terms incorporated into the defendant Fact Sheet form adopted in MDL 2641 and Federal Rules of Civil Procedure 26, 33, 34, and 37 shall apply to the completion and supplementation of the defendant Fact Sheet. | July 27, 2020 |
| Fact Discovery deadline | April 5, 2021 |
| Expert reports by plaintiff | May 10, 2021 |
| Plaintiff's experts deposed | June 14, 2021 |
| Expert reports by defendants | July 19, 2021 |
| Defendants' experts deposed | August 23, 2021 |
| Disclosure of rebuttal expert reports | September 20, 2021 |
| Any rebuttal experts deposed, and expert discovery cutoff | October 18, 2021 |
| Filing of *Daubert* motions and other dispositive motions | November 29, 2021 |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

**Counsel are directed to review Judge Jones' Chambers Procedures** at http://www.wawd.uscourts.gov/judges/jones-procedures. Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

## Discovery

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel shall also cooperate in preparing the agreed pretrial order in the format required by LCR 16.1. The parties shall comply with Judge Jones' chambers procedures regarding discovery disputes.

## MDL Orders

The parties agree to abide by certain orders entered in multi-district litigation from which this matter was transferred. *See* Dkt. 25, at 5. These orders are docketed with the parties' stipulated joint status report. *See* Dkt. 25-1, at 7 (stipulated protective order), 30 (Stipulation and Order Concerning Redactions of Material from Additional Adverse Event Reports, Complaints, and Other Documents), 36 (Stipulation and Order Concerning Protective Order and Redactions of Material from Defendants' Expedited ESI Production), 43 (Electronically Stored Information and Document Form and Format Production Protocol), 59 (Joint Record Collection), and 78 (Deposition Protocols).

## Settlement

If this case settles, plaintiff's counsel shall notify Deputy Clerk Kelly Miller at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

///

1   The Clerk is directed to send copies of this Order to all parties of record.

2   Dated this 11th day of June, 2020.

*[signature]*

J. Richard Creatura
United States Magistrate Judge