**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MEAUX,<br><br>            Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>            Defendant. | NO. 2:20-CV-00517-RSM-JRC<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES<br><br>**Note on Motion Calendar:<br>December 28, 2020** |

The Court has considered the Joint Motion to Stay Discovery and All Pretrial Deadlines for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Stay Discovery and All Pretrial Deadlines for purposes of finalizing settlement between parties be granted.

Dated this 29th day of December, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING OINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES - NO. 2:20-CV-00517-RSM   - 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Meaux C20-517 order grant mtn stay/122920 1023/8284-0028