**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MEAUX,<br><br>                       Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>                       Defendant. | NO. 2:20-CV-00517-RSM-JRC<br><br>ORDER GRANTING SECOND JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES<br><br>**Note on Motion Calendar:**<br>**May 14, 2021** |

The Court has considered the Second Joint Motion to Stay Discovery and All Pretrial Deadlines for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Second Joint Motion to Stay Discovery and All Pretrial Deadlines for purposes of finalizing settlement between parties be granted.

DATED this 18th day of May, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES
NO. 2:20-CV-00517-RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1770781/051821 0822/8284-0028