The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MEAUX, | |
| Plaintiff, | NO. 2:20-CV-00517-RSM-JRC |
| vs. | ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |
| C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED, | |
| Defendant. | |

The Court has considered the Joint Stipulated Motion to Dismiss Without Prejudice for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice be GRANTED.

DATED this 6th day of August, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
DISMISS WITHOUT PREJUDICE         - 1 -
NO. 2:20-CV-00517-RSM-JRC

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1802216/080621 0856/8284-0028